# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                    SENTENCING GUIDELINE ORDER

-vs-                                         CASE NO. 08-CR-6264

JON LUCAS,

                Defendant.
_____

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Charles Moynihan, A.U.S.A. |
| DEFENSE ATTORNEY | Jeffrey Ciccone and Robert Smith |
| INTERPRETER (YES or NO) | No |
| VERDICT DATE | August 6, 2010 |
| SENTENCING DATE | November 16, 2010 at 4:00 p.m. |
| INITIAL PSR DUE | October 2, 2010 (45 DAYS PRIOR TO SENTENCING*) |
| STATEMENT OF PARTIES, AND OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | October 23, 2010 (24 DAYS PRIOR TO SENTENCING*) |

| | |
|---|---|
| RESPONSES TO OBJECTIONS MOTIONS DUE | November 2, 2010 |
| | (14 DAYS PRIOR TO SENTENCING*) |
| 5K1.1 APPLICATION, IF ANY, DUE | November 6, 2010 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | November 6, 2010 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| FINAL PSR DUE | November 9, 2010 |
| | (7 DAYS PRIOR TO SENTENCING*) |

****This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply. <u>ANY SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.</u>***

NOTE:   MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE

NOTE:   IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

   IT IS SO ORDERED.

Dated:   Rochester, New York
         August 6, 2010

                                    ENTER:


                                    /s/ Charles J. Siragusa
                                    CHARLES J. SIRAGUSA
                                    United States District Judge